WISSMAN v. TREFFURTH et al. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Helen A. Wissman against Richard L. Treffurth and oth-

ers. No opinion. Motion to withdraw appeal granted. Order filed.